JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN SUN KIL,<br><br>  Plaintiff,<br><br>v.<br><br>TOM UWANAWICH, AS TRUSTEE OF THE UWANAWICH 1990 FAMILY TRUST; and DOES 1 though 10,<br><br>  Defendants. | Case No.: 2:22-cv-01391-AB (KSx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **thirty (30) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated: June 13, 2022

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.